UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CHRISTOPHER LOPES,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

No.  2:24-cv-02494-DAD-CSK

ORDER GRANTING THE PARTIES'
STIPULATION REGARDING ATTORNEYS'
FEES

(Doc. No. 19)

On October 8, 2025, plaintiff filed a notice of acceptance of defendant's Federal Rule of Civil Procedure 58 offer of judgment.  (Doc. No. 11.)  On October 10, 2025, the Clerk of the Court entered judgment in favor of plaintiff and against defendant in the amount of $270,000.00 plus reasonable attorneys' fees and costs in an amount to be determined by the court upon a noticed motion if the parties are unable to resolve the issue of attorneys' fees and costs themselves.  (Doc. Nos. 12, 13.)  On January 15, 2026, the parties filed a stipulation, agreeing that to resolve attorneys' fees and costs, defendant will pay plaintiff's counsel $6,000.00 in attorneys' fees and costs by March 16, 2026.  (Doc. No. 19 at 2.)

Pursuant to the stipulation of the parties and good cause appearing,

1.    Defendant Ford Motor Company shall pay plaintiff's counsel $6,000.00 in attorneys' fees and costs by no later than March 16, 2026; and

1

2.    Within fourteen (14) days of the payment being made as ordered, plaintiff shall file dispositional documents in this case.

IT IS SO ORDERED.

Dated:    **January 16, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2